711 A.2d 169

Willie Lee JOHNSON

v.

STATE of Maryland

No. 37, Sept. Term, 1998.

Court of Appeals of Maryland.

June 10, 1998.

Stephen E. Harris, Public Defender and Melissa E. Moore, Assistant Public Defender, for Appellant.

**128**

J. Joseph Curran, Attorney General and Kathryn Grill Graeff, Assistant Attorney General for Appellee.

Submitted to BELL, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, RAKER, WILNER and CATHELL, JJ.

## ORDER

In light of the confession of error made by the State in its brief, and the Court having concluded that the conviction for attempted distribution of cocaine should merge into the conviction of possession with intent to distribute cocaine, it is this 10th day of June, 1998,

ORDERED, by the Court of Appeals of Maryland, that the sentence of ten years for attempted distribution of cocaine be, and it is hereby, vacated and the judgments are otherwise affirmed.